UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF MICHIGAN
NORTHERN DIVISION

UNITED STATES OF AMERICA,    Case No. 2:21-cr-13

      Plaintiff,    Hon. Hala Y. Jarbou
                              U.S. District Judge

v.

TRAVIS MICHAEL RAJACIC,

      Defendant.
_____/

## ORDER FOR DETENTION

The undersigned conducted an initial pretrial conference in this case on May 5, 2021. Defendant appeared before the Court in person. On April 19, 2021 Defendant appeared for his arraignment via Zoom conference. (ECF No. 8.) At the time of his arraignment, Defendant was serving a sentence of imprisonment as a result of a state criminal conviction. Defendant's in-person appearance in Court for the initial pretrial conference was obtained pursuant to a writ of *habeas corpus ad prosequendum* issued by the Court on April 27, 2021. (ECF No. 18.) The parties discussed the issue of Defendant's release status during the initial pretrial conference. If this Court released Defendant on bond, he would immediately be returned to the Baraga County Jail to continue serving his state court sentence. Accordingly, the undersigned will order Defendant detained pending the resolution of this case. Defendant may request a hearing on the issue detention at a future date.

IT IS HEREBY ORDERED that Defendant shall remain detained pending further proceedings.

IT IS SO ORDERED.

Dated:  May 6, 2021 /s/ Maarten Vermaat
MAARTEN VERMAAT
U.S. MAGISTRATE JUDGE