UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF MICHIGAN
NORTHERN DIVISION

UNITED STATES OF AMERICA,

Plaintiff,

v.

TRAVIS MICHAEL RAJACIC,

Defendant.
_____________________________________/

Case No. 2:21-cr-00013

Hon. Hala Y. Jarbou
U.S. Chief District Judge

**ORDER FOR DETENTION**

Defendant Rajacic appeared before the undersigned for an arraignment regarding a Supervise Release Violation on Nov. 17, 2026. For reasons stated on the record, Defense counsel reserved the issue of detention in this case and may request a hearing regarding detention in the future.

IT IS HEREBY ORDERED that Defendant shall remain detained pending further proceedings.

IT IS SO ORDERED.

Dated: November 19, 2026

/s/ *Maarten Vermaat*
MAARTEN VERMAAT
U.S. MAGISTRATE JUDGE